# United States Court of Appeals for the Federal Circuit

---

**POKARNA ENGINEERED STONE LIMITED,**
*Plaintiff*

**M S INTERNATIONAL, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES, CAMBRIA COMPANY LLC,**
*Defendants-Appellees*

---

2022-1077

---

Appeal from the United States Court of International Trade in No. 1:20-cv-00127-LMG, Senior Judge Leo M. Gordon.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered January 5, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

February 28, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court